*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Francios Alwyn Scheepers and
Sandra Scheepers
        Debtor(s)

Case No: 13–19865–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Objection to Claim Number 5 by Claimant Cerastes, Inc.. Filed by Francios Alwyn Scheepers, Sandra Scheepers

    on: 1/13/15

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Date:  12/2/14

For The Court

Timothy B. McGrath
Clerk of Court